

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

CAROL ANN MAURER           )
Plaintiff(s)               )
V.                         )   Civil Action No.   3:12-CV-704-CAN
SPEEDWAY LLC               )
Defendant(s)               )

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____.

☒ other:   Defense Verdict.  Judgment is entered in favor of Defendant, Speedway LLC and against Plaintiff Carol Ann Maurer.

This action was *(check one)*:

☒ tried by a jury with Judge   Christopher A Nuechterlein   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date   February 19, 2014

*CLERK OF COURT*

s/Sharon L Macon
*Signature of Clerk or Deputy Clerk*